FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 05 2019

JEFFREY P. COLWELL
CLERK

June 14/2019

To
  Whom it may conserv this matter comeing be for your court. I ask the court to please Take a look at my case for the Reason list below
  my civil Rights being violated
  my Federal Rights being violated
  and the mear Fact of obstruction at keep my mail from the Destaination causeing me to stay in Jail 2-3 weeks longer then needed. The Jail Recorded on my Kiosa should show all the the times I have asked a Requested a formel complaint And grievence. I started this presedure on 14th of June and Today the 28th of June my Request was just now filled Today 28th Day of June at 2:45 by Sargent Garcia after many attempt to ask for a Formal greivance. mr Garcia question me on what was going on. The other Event this morning after Sealing the Envolope with the Deputey Signeture, mr trujillo came Back open the Envolope and asked if it was my Signeture, when clearly stated

Leageal mail Deputy cardinel was on Dutely at this time when this Happen 3 other inmates went thravght this the very same Day cris Perkins, once agian all this Has been very Streesful worrysem, And Heartful to me and my well Being, I dont think this is the way people should be treated or done by some one in the posisdion af mr Martinez or any one. The lawis are set in places for all af us to follow the reason for me beening Here in Jail is because I didnt follow the rules so day is it ok for mr martinez to break the rules + lawes and nothing Happen to Him, this not being right by no means. I Brake the lawes i got to answer for it while i set in Jail what Happen when it is this sauer He is told not to do it agian. me I set in Jail till who knows when. I have taken the time to log all my calls and Happening up to the 28th af the moonth. Will some one please Help me and thank you.

June 4

10:00
Letter out to Attorney.

2:00 pm called to Public Defender to see where was my Attorney to tell them to go to the House and Start to fight this

June 5  10:18
called agian was told not sure whom was told to Repersent me, asked for a Responce Please

June 6
called agian asked for the Same thing nothing yet, and yet no letter

June 7
    10:30
called agian and the same thing but after a short pause the laidy said some one would be out to see me.

June 10
Called at 10:13 still no letter Todd Austin was my P.D.

June 11
Called at 10:28 still no letter and Adduise me to call Back

June 12
Call and no letter got vist from layner for court on 13th

June 13
   Case set for pre trial at 9:30 lapues no mention of litter still.

June 14.
   called still no litter and sent a litter to general post master Addvising him of my setuvation.

June 17
   called to P.D office Still no letter. and still setting in Jail. 10:23

Jun 18
   Called to P.D at 9:50 Still no litter no answer from Sarjent about areivacel Either

June 19
   called to P.D at 10:00 no litter and still no greivance From Jail or mail room.

Jon 20
   Called to P.P and was informed that a investingator was going to start His work on my case Still no litter

Jan 21
   called still no litter nothing Has changed.

June 24   10.10
Called still no change and to wright to post master & fill a grivace ask for greivece still did not get one and no Reason way

June 25
called still no change and no greivace and no Resone way

June 26  10.40
Called Still no litter and no gereivance or reason way.

Jun 27
called 10:10 no change no grevance no Reason way.

June 28
Called no change on litter Bot Sorgent garcia Brought in greivece told to fill it out Had 10 working pays to awsnur me Back